NOTICE: THIS IS A SAMPLE FORM WHICH MAY BE USED ONLY AS A GUIDE IN CONSTRUCTING A COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. ALTHOUGH THE PLAINTIFF MAY BE PRO SE (not represented by an attorney), THE PLAINTIFF IS STILL REQUIRED TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF THE SOUTHERN DISTRICT OF MISSISSIPPI.  DO NOT WRITE ON THIS FORM.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL -7 2017
BY_____ ARTHUR JOHNSTON _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
__ReginALd Brewer_____ DIVISION

PLAINTIFF

_____
(Plaintiff's name)

VS.  __Jhon Doe Dent Scott__  CIVIL ACTION NO. __3:17-cv-536 WHB-JCG__
  __country__                                    (to be provided by the Court)

__Bapist Hopital__                              DEFENDANT(S)
(Defendant(s) name(s))

## COMPLAINT

COMES NOW, plaintiff, _____(plaintiff's name)_____, pro se, and for cause of action

against the defendant(s), _____(each of the defendants names)_____, would state:

## JURISDICTION

(Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends. That is, why this matter is being brought in Federal Court).

I.

Plaintiff is an adult resident citizen of the County of __Cook__, State of Mississippi. __ILL__

The defendant _____ is an adult resident citizen of the County of __Scott & Hinds__

State of __MS__. (The plaintiff will need to provide this information for each of the

g:\prose\forms\cmprose.1

defendants).

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief).

## RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the ___7___ day of __July__, 20_17_.

_____Reginald Brewer_____
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

__(name of plaintiff)__  Reginald Brewer

__(mailing address of plaintiff)__  10509 S Wallace

__(city, state and zip code)__  Chicago IL 60628

__(phone number of plaintiff)__  773 733-9386

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Daddy went too have his theeth pull the Dent in Forest MS. pull it and left half of his teeth in case him set up newmeowner in his left leng very bad for 2 mouths xd now he sick we dont wh' as of yet. Taken him too the Bapist Hopital this what the DR tell it is unpuer I come form chi too the Hopital Th. was not feed him unit i got thair I saw food bing take away un tuch win I wool fed him he we eat I help the Physical therapy DR. Back up and walk ons now they give his daddy frend all the inmass on my Daddy she not his wife I am the garding over Charles Ricky Brewer his Motoer e Daddy is Dade. She was becoming a plbm/er so i go atxeat with Boss over the Hopital to let her No what goin on my Daddy gailfured was a older woke to school with one of the nure she tell Medeul thins to her win

Saw This with me Now at This point his gail wont be a law sute I go back Boss we both sad Stop her and her kid came too see my Daddy I wont was Tol[d] the men was no infor mshaet wood gin aut] That Nurse gave The paper work I ase about MT E skill not have they gave it Too her I went on Niper I Made vary No was Too see By list oan Y! I had him up and walking He was going To DR For walk ance They gave a pile he die ove nishit win The DR said Dont give him No Bizes this me 2 others so in the and we wont coud't give us Becuring Bouth DR play part in his Death 1.5 each Million-dollar Life is hald Too put a pices on I saw him gic miss Thee with my on ereys The nurse who gave him The pile is Rods And The one for tell it win They wosd told Not To Tell I got her he e Hard it] I miss My Faithear very much! 3.5