```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**REGINALD BREWER**                                                **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:17-cv-536-WHB-JCG**

**J[OH]N DOE AND BAPTIST HOSPITAL**                              **DEFENDANTS**

### FINAL ORDER OF DISMISSAL

In accordance with the Opinion and Order by which the Report and Recommendation of United States Magistrate Judge John C. Gargiulo was adopted, this case is hereby dismissed, without prejudice.

SO ORDERED this the 14th day of November, 2017.

```
                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE
```